IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| MITCHELL BUDAY (AKA RYAN BUDAY) and SHARA BUDAY,<br><br>Plaintiffs,<br><br>v.<br><br>BEAR'S HOME RENOVATION AND REPAIRS, LLC and BARY WADDELL,<br><br>Defendants.<br><br>―――――――――――――――――<br><br>BEAR'S HOME RENOVATION AND REPAIRS, LLC,<br><br>Counter-Plaintiff,<br><br>v.<br><br>MITCHELL BUDAY (AKA RYAN BUDAY) and SHARA BUDAY,<br><br>Counter-Defendant. | Cause No. CV 22-63-BU-BMM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Parties' Joint Motion to Dismiss with Prejudice, and good cause appearing,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice as fully and finally settled upon the merits. Each party shall bear its own costs and attorneys' fees.

DATED this 27th day of April, 2023.

_____
Brian Morris, Chief District Judge
United States District Court